# Order

**Michigan Supreme
Court
Lansing, Michigan**

April 14, 2015

Robert P. Young, Jr.,
Chief Justice

150725(191)(194)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

MARKELL VANSLEMBROUCK, Minor, by and
through ERIC BRAVERMAN, Conservator,
       Plaintiff-Appellee,
and

KIMBERLY A. VANSLEMBROUCK,
       Plaintiff,

v

SC: 150725
COA: 309680
Oakland CC: 2006-074585-NH

ANDREW JAY HALPERIN, M.D., and WILLIAM
BEAUMONT HOSPITAL,
       Defendants-Appellants,
and

MICHIGAN INSTITUTE OF GYNECOLOGY
AND OBSTETRICS, P.C.,
       Defendant.
_____/

On order of the Chief Justice, the motion of defendants-appellants to exceed the page limit restriction for their reply brief is GRANTED. The 25-page reply brief submitted on April 1, 2015, is accepted for filing. On further order of the Chief Justice, the motion of plaintiff-appellee to strike the reply brief and to recover the costs associated with filing the motion are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2015

